IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

CABINET RESOURCE GROUP,
CLARK FORK COALITION,
EARTHWORKS, MONTANA
ENVIRONMENTAL INFORMATION
CENTER, SAVE OUR CABINETS,
and YAAK VALLEY FOREST
COUNCIL,

          Plaintiffs,

   vs.

U.S. FOREST SERVICE; TOM
SCHULTZ, Chief of the U.S. Forest
Service; CHAD BENSON, Kootenai
National Forest Supervisor; U.S. FISH
AND WILDLIFE SERVICE; BRIAN
NESVIK, Director of the U.S. Fish and
Wildlife Service,

          Defendants,

   and

MONTANORE MINERALS
CORPORATION,

          Intervenor-Defendant

CV 26-56-M- KLD

ORDER

Intervenor-Defendant has moved for an order allowing Robert Tuchman to

appear *pro hac vice* in this case with Paul J. Lopach designated as local counsel. (Doc. 13.) The application of Mr. Tuchman appears to be in compliance with L.R. 83.1(d).

**IT IS ORDERED:**

Defendant's motion to allow Robert Tuchman to appear in this Court (Doc. 13) is **GRANTED**, subject to the following conditions:

1.      Local Counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2.      Mr. Tuchman must do his own work. He must do his own writings, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3.      Admission is personal to Mr. Tuchman, not the law firm he works for;

4.      Mr. Tuchman shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov;

5.      Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

6.      Local counsel will provide a copy of this order to *pro hac* counsel.

**IT IS FURTHER ORDERED:**

Mr. Tuchman must file, within fifteen (15) days from the date of this Order,

an acknowledgment an acceptance of his admission under the terms set forth above.

DATED this 26th day of June, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge